Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

~~Southern~~ District of Mississippi

_____ Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

APR 30 2021

ARTHUR JOHNSTON
BY_____ DEPUTY

Chaz Pinkston
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Management & Training Corporation et.l.
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-cv-301-KHJ-MTP
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Chaz Pinkston

All other names by which you have been known:

ID Number — 148934

Current Institution — East Mississippi Correctional Facility

Address — 10641 HWY 80 West

Meridian MS 39307
*City*   *State*   *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Management & Training Corporation

Job or Title *(if known)* — Private Prison Contractor

Shield Number —

Employer — Mississippi Department Of Corrections

Address — 500 N. Marketplace Drive

Centerville UT 84044
*City*   *State*   *Zip Code*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name — University Mississippi Medical Center

Job or Title *(if known)* — Hospital

Shield Number —

Employer — State Of Mississippi

Address — Jackson Medical Mall 350 W. Woodrow Wilson, Suite 310B

Jackson MS 39213
*City*   *State*   *Zip Code*

☑ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name                  *Vital Core Health Strategies*
    Job or Title *(if known)*  *Private Prison Medical Contractor*
    Shield Number
    Employer            *Mississippi Department Of Corrections*
    Address              *719 SW Van Buren St STE 100*
                            *Topeka*       *KS*      *66603*
                             City         State      Zip Code
                [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name                  *Robert T. Brodell*
    Job or Title *(if known)*  *Dermatologist*
    Shield Number
    Employer            *University Mississippi Medical Center*
    Address              *Jackson Medical Mall 350 W. Woodrow Wilson, Suite 310B.*
                            *Jackson*      *MS*     *39213*
                             City         State      Zip Code
                [✓] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Hippa Rights, Eighth Amendment, Fourteenth Amendment, First and Fourth Amendments*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# Addendum To The Defendant's
## Page(s) 2 And 3

## Defendant No. 5

Name: Dr. Arnold
Job or Title: Medical Director
Shield Number:
Employer: Vital Core Health Strategies
Address: 10641 HWY 80 West
Meridian, MS 39307

## Defendant No. 6

Name: Portillo
Job or Title: Warden
Shield Number:
Employer: Management & Training Corporation
Address: 10641 HWY 80 West
Meridian, MS 39307

## Defendant No. 7

Name: Turcott
Job or Title: Director Of Programs
Shield Number:
Employer: Management & Training Corporation
Address: 10641 HWY 80 West
Meridian, MS 39307

## Defendant No. 8

Name: Dykes or Dikes
Job or Title: Major
Shield Number:
Employer: Management & Training Corporation
Address: 10641 HWY 80 West
Meridian, MS 39307

## Defendant No. 9

Name: Rice
Job or Title: Deputy Warden Of Programs
Shield Number:
Employer: Management & Training Corporation
Address: 10641 HWY 80 West
Meridian, MS 39307

Addendum To The Defendant's
Page(s) 2 And 3

## Defendant No. 10

Name:
Job or Title:
Shield Number:
Employer:
Address:

Thomas
M.D.O.C. (on site) Contract Monitor

Mississippi Department Of Corrections
10641 HWY 80 West
Meridian, MS 39307

## Defendant No. 11

Name:
Job or Title:
Shield Number:
Employer:
Address:

Robyn Williams
M.T.C. Director of State

Management & Training Corporation
500 N. Marketplace Dr.
Centerville, UT 84104

## Defendant No. 12

Name:
Job or Title:
Shield Number:
Employer:
Address:

Nielson or Nelson
Unit Manager

Management & Training Corporation
10641 HWY 80 West
Meridian, MS 39307

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Management & Training Corporation as the private prison
See Additional Pages

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*    N/A

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In East Mississippi Correctional Facility long-term segregation From January 2021 to the ongoing Present.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

East Mississippi Correctional Facility in long-term segregation from January 2021 to the ongoing Present, and still counting.

Page 4 of 11

continued:
contractor whom is leasing this facility from the State Of Mississippi to warehouse
Mississippi prisoners here and operate the facility. Among other things.

Robyn Williams-is Management & Training Corporation Director for the State Of
Mississippi who is regularly here at East Mississippi Correctional Facility. She makes
contractual agreements with the Mississippi Department Of Corrections plus the
private food contractor and conducts at least quarterly audit's, for M.T.C. and
audit's with the D.O.J. and A.C.A. She dictates the food portions and everything
else about the food handling. preparations. creations. Among other things.

Portillo-is the Warden for this facility per M.T.C. he directs/micro-manages
all long-term issues plus directs and decides the food contractor's dealings
in totality. Among other things.

Rice- is the Deputy Warden Of Programs who is directly responsible for this unit
is a program for long-term segregation. He also micro-manages this unit plus the
food dealings. Among other things.

Turcott-is the Director of Programs here who is directly responsible for long-term
segregation. Among other things. She also micro-manages long-term day-to-day.

Dykes or Dikes-is the Major who spends majority of his time micro-managing
the security staff back here to not do any thing to report and/or remedy issues back
here but just lock tray-slots and deny all humane treatment Period.

Nielson or Nelson-is the Unit Manager back here is the last of the micro-managing
inhumane power chain who treats us as nothing and mandates/enforces the
skeletal security staff do the same. Among other vile things.

Thomas-is the M.D.O.C. appointed contract monitor who is the main conspira-
tor of the bias. discrimination. injustice. oppression. prejudice. hatred.

University Of Mississippi Medical Center-is in a contractual agreement to provide
hospital services for M.D.O.C. prisoners. It is a privately board ran and opera-
ted hospital. They have and teach bias and discriminatory policies towards prisoners.
And violates HIPPA. They promote and enjoy/enforce unequal treatment.
Robert T. Brodell-is a Dermatologist contracted to work at and in the
U.M.M.C. He also is part of a PPO with M.D.O.C. He teaches. promotes. enforces
bias. discriminatory policies toward prisoners. And violates HIPPA. He enjoys
and enforces unequal treatment.

Vital Core Health Strategies - is the private medical contractor who is enforcing policies that violate HIPPA Laws and are bias and discriminating towards me solely because am a prisoner. They enjoy unequal treatment.

M.D. Dr. Arnold - has personally ordered all medical to not obey any HIPPA Laws in my regard to prevent me from gaining any of my medical records. Among other things. He is using his direct position as the head policy-maker on-site. He is enjoying enforcing bias and discrimination and hatred while watching as my medical conditions worsen ever more.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Between January 2021- to the ongoing present and
Still counting.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*

— See Attached 8 pages Addendum —

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

—See Attached Addendum —

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

$10,000,000.00 to be paid in full, declaratory relief as I am suing
all defendants in their individual as well as official capacities!,
I also require all filing fees plus legal expenditures per the attorneys'
fees statue and punitive plus "presumed damages" and compensatory.

Case 3:21-cv-00301-KHJ-MTP   Document 1   Filed 04/30/21   Page 10 of 24

1. I suffer my skin conditions worsening as a result of Dr. Robert T. Brodell discontinuing the care and treatment we had agreed upon all to satisfy Dr. Arnold here who isn't and doesn't want me to actually get better and is denying/refusing order the medical items I need too stop this regression and unneccessary pain am enduring again plus these resurging feet warts plus these boils·risens·bumps reoccurring from my face down to my legs/ankles plus the respreading of this massive rash. Among other things!

2. I suffer from these atrocious conditions of confinement always heavily irritated and burning eyes, a sore throat, frequent nausea, lighthead-edness, labored breathing, burning throat, constantly running nose, nose always congested, sinus pressure building up in my ears causing them to lose hearing plus causing temporary blindness, consistent weight loss, vomiting, diarrhea, blood coming out when I blow my nose as well as at times when I use the toilet, daily being bitten by bugs, head sores, chronic insomnia, joint's and back pain; As well other things! I have talked in-depth with the Nurse Practitioner and nurses however due too Dr. Arnold intense and direct orders not too do anything for me pre-dominantly (as he gets final review and say so) than I have still to wait for treatment on things. Dr. Arnold is even refusing to see me now since I filed my grievance about these things plus I have filed multiple sick call request about them to him directly. Also injuries dry mouth plus dehydration and severe chest pains.

Case 3:21-cv-00501-RHB-MTP   Document 1   Filed 04/30/21   Page 11 of 24

The "totality of the circumstances" are that defendants Management & Training Corporation, Robyn Williams, Portillo, Rice, Turcott, Dykes or Dikes, Nielson or Nelson, from January 2021 to the present date and still "counting," that are intentionally·deliberately·willfully and regularly/daily subjecting me too cruel and unusual punishment by wanton infliction of pain(s) directly from these atrocious cell conditions. Daily every week this area is being flooded with feces and urine and everything else in the sewer/toilet. Yet these defendants have an informal policy/custom dictating/enforcing stritely that cell sanitation is "prohibited" no matter what occurs, that zero pest control will be hired to exterminate the swarms of flies·gnats·maggots·mosquito's· bugs·roaches·mice·etc.... which have an overwhelming presence in these cells despite there constantly biting me, plus zero haircuts and/or zero shaves for months, zero testing for covid-19 for long-term segregation prisoner's and zero quarantine upon arriving to the facility as well as new arrival's after me who surround me, and zero liquid beverages ever in regard to lunch and last meal trays as well as predominantly also at breakfast. They all regularly make rounds yet still refuse to stop these torture tactics/schemes. The water that comes oot of the sink/ toilet stinks·taste terrible·causes diarrhea, sore throat, strong stomach pains, and many other physical ailments. I have regularly had to use my

Addendum To What Are The Facts
Underlying Your Claim(s) On Page 5

clothing and bedding items and linens to stop up the cell door plus to try to get up these puddles of filthy water as well as the floating fecal turds. These defendant's "refuse to give" me any chemicals, any papertowels, any bleach, any papertowels like wipes, any toiletbrush, any broom, any mop, nor any bug spray. This entire area/zone especially these cells are beyond foul smelling. There is advanced mold·mildew· rust throughout these cells on the floors·walls· doors· racks· inside the toilet. There are so many health and safety hazards in this long-term unit that it will take pages upon pages to write them all especially as they are going on consistently while getting ever worse. During this past winter they had the air on freezing us inside these cells as the outside air and cold further froze us to the extent that literal ice was forming on the walls· racks· tables. We could literally see our breath for this entire winter just as if we were outside. The above defendants adamantly then and now still refuse to give us thermal sets· shoes· boots· nor any other clothing and/or bedding and/or linen items. We lay on steel and stand on concrete plus wade through sewage daily as we sit in these cells 24 hours a day for months upon months though these defendants continue to refuse us/me any tennis shoes/boots, but they walk on this concrete for a few hours yet have thick extra padded shoes and boots to protect their feet, ankles, knees, and hips plus back. However my physical and mental well-being is not relevant/important. Let them say it and show it! The sink in this

cell is broken and has been since I moved in here. The sink in the first cell I was in was filthy plus there was no hot water and the cold water stayed on for literally one second every time I pushed the button as well as regularly changed colors. The shower water comes out a light or tan color of brown now for months consecutively. Trays are regularly served with feces and urine and sewage water been all over the floor plus in the cells. These defendant's have an informal policy dictating that the officer's "not" log nor file complaint's and/or any reports about the filthy atrocious inhumane living conditions · gross negilence · unequal treatment that is done in long-term segregation otherwise face immediate termination. They intentionally have and keep the staff/officer's very short back here. Far beyond the staff per prisoner ratio safety level. Feces and urine are regularly thrown on the tray's · tray cart · and serving officer's. The food serving's are always cold and starvation ration's. Most of the food served is heavily satura ted with water to expand it. There is never any sugar · jelly · salt · pepper · ketchup · mayonnaise · nor any other condiments plus the food combinations served are unpalatable as well as always in disarray. These defendant's control the food service contractor menu (which I have never seen nor have the officer's working back here) as well as all other aspects of the contractu al agreement with them. They have strict informal orders to not allow any nor accept any written complaint's and/or log's and/or any other documentation

that acknowledges/confirms/documents/records these serious food issues yet allow and advocate for the food service contractor's to write up and report and complain about any/all subordinate staff who question and/or attempt document their torture tactic's. I am eating all tray's yet steadily losing weight. They serve regular dry cornflakes without any sugar, congealed oatmeal and/or grits without any sugar nor salt and pepper, and despite continously knowing from multiple verbal and written request forms from me plus other prisoner's along with grievances these defendant's still tell us too drink from these toilet/sinks filthy/stinking/discolorated water (though they know my sink is broken and so are other's) instead of providing cool liquid beverages at breakfast·lunch·dinner. I have gnats and flies climbing and living in abundance in this broken sink and in the toilet. These defendant's advertise that they drink from purchased water by way of Kentwood deliveries plus drink machines. The milk's that are liquid are routinely spoiled. I am bitten daily by these flying and crawling bug's. There is dried blood·dried semen ·dry and wet excrement and urine throughout these cells. There is zero ventilation for the shower's heat and steam which is why there is mold through and through everywhere caking around those areas. It stinks almost as much as the daily feces and urine floods. There is zero ventilation for the fires constantly being set daily as many prisoners with mental health issues routinely set themselves on fire·their cells on fire··their food tray's and waste on fire

Page 5 of 8          Addendum To What Are The Facts          Page 5 of 8
Case 3:21-cv-00301-KHJ-MTP   Document 1   Filed 04/30/21   Page 15 of 24
Underlying Your Claim(s) On Page 5

in direct anger and defiance to these defendant's gross negligence to
these exact same claims. It is literally extremely difficult and rare to be
and get the items dictated by the Mississippi Department Of Corrections
and American Correctional Association policies formally (that are solely
actually beneficial and wanted/needed for us prisoners) in long-term
segregation. These defendant's never answer request forms and when
questioned about them they always say, "they haven't checked their mailbox".
They rejected this second grievance I filed about these atrocious condit-
ions of confinement though after making the first grievance I filed about
these things plus more disappear. I was in this cell and the first one a
total of 13 days without a lightbulb, until the security officer went and forced
maintenance to bring me a lightbulb though unbeknownst to these defendants.
I have asked for handsanitizer multiple times since this sink doesn't
work yet the answer is always NO. These defendants have an informal
agreement/procedure/practice with the Medical Director Dr. Arnold to not
allow medical treatment and/or care for the inhalation of all these burning
embers which keep black soot covering everything in this cell and throughout
the zone. In short the air quality is always poor and foul/putrid and toxic. My
breathing is now labored, my eyes stay irritated/burning, my nose stays stuffy and
running, when I blow my nose black soot always comes out plus a little blood, and
I don't have anything to clean all this soot of my property so I just shake it off

which it just mixes with all the filth on the floor. They have ordered all staff to not report these numerous fires so as to deny and be deliberately ignorant to any such civil claims (like this one) regarding their micro-managing of the gross deliberate indifference here. They don't even have two working phones on this zone, nor any programs avaliable, nor any library services, nor vocational programs · trades · services, and they are severly short on staffing as for as the nurses and mental health staff. There is currently outbreaks of staph infection's and boils and suicides and attempted suicides and covid-19 (with many of the very few nurses and security staff being sick yet still being forced to come to work; along with multiple prisoners dying just between January to April from the coronavirus) and bug bites and breathing plus severe sinus ailments. They never pass out any memo's about their informal policies/practices/procedures in order to use as a defense that such don't exist. The Mississippi Department Of Corrections ("M.D.O.C.") has a written formal contract with Management & Training Corporation to obey and abide with M.D.O.C. policies and procedures and contractual agreements yet these defendants are doing the complete opposite. Management & Training Corporation is solely contracted for and too operate plus fully staff this facility and rehabilitate it's prisoner's, however ("M.T.C.") has an informal policy with the commissary contractor Premier Supply Link, LLC to keep their trained commissary staff off of the grounds and allow M.T.C. to operate it so as they may enforce unequal

Addendum To What Are The Facts
Underlying Your Claim(s) On Page 5

treatment · bias · systemic discrimination · retaliate upon long-term segregation by refusing to allow us to order food to counter-act their starving us yet at the State facilites plus (per) the Commissioner the canteen list is approved for "all" M.D.O.C. prisoners no matter our custody/status without restriction for disciplinary; which is why prisoners at those State ran facilities are not being subjected to the unequal treatment here.

Ms. Thomas is the on-site M.D.O.C. contract monitor who's job is too oversee these defendant's plus enforce compliance with their contractual agreements with M.D.O.C. and State laws! However, she has an informal policy and custom agreement to turn blind eyes too their torture tactics/schemes atrocious conduct · inhumane conditions of confinement · unequal treatment · bias · retaliation · discrimination · injustice · wanton infliction of pain because of hatred. She makes rounds plus sits in central control watching these heinous acts but does zero to stop any. She never respond to request forms, letter's, grievances, nor speak when she makes rounds. She and them all advocate · support · teach · promote · train · enforce · order · demand that our needs are wants plus our rights are privileges Period. She refuses to write-up these subordinate administrative contractor's/defendant's especially not the fact that they are keeping staffing critically short as well as not fixing these issues as they value high profits over us humans. We're literally left to look like animals, smell like animals, starved like

Addendum To What Are The Facts
Underlying Your Claim(s) On Page 5

animals, and taught everything animalistic which is obviously the opposite of rehabilitative. She openly supports these defendant's breaches of contract's by and through there informal customs and policies which they allow and do each other job yet to the prisoner's detriment especially mine as they aren't trained·supervised employeed to do as they are literally working for a totally opposite contractor.

University Mississippi Medical Center, Vital Core Health Strategies, M.D. Dr. Arnold, plus Dr. Robert T. Brodell have thouroughly explained me that they are allowed to discriminate and be bias towards me as I am a prisoner. I have repeatedly wrote multiple Sick Call request plus talked to them and there staff who repetiously state that I will not be allowed to review and/or get a copy of my medical records strictly because am a prisoner. I have constantly told them that they are violating HIPPA Laws but they said they can solely because am a prisoner. They as well as their subordinates have regularly informed that this plus breaking HIPPA privacy laws are long-standing informal though formal company/institutional customs/policies only allowed and practiced when it comes to a prisoner. They know I would sue them for violating my HIPPA rights at first only pertaining to the continous divulging of my medical records to and with others (without my knowledge nor consent) to willfully discontinue care and treatment even changing/writing new orders for the sole purpose of appeasing Vital Core Health Strategies and M.D. Dr. Arnold. To Be Continued! Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: April 25th 2021
Name: Chaz Pinkston   Address: E.M.C.F. Unit 5A #103, 10641 HWY 80 W., Meridian, MS 39307

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

East Mississippi Correctional Facility and W.C.C.F.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

At East Mississippi Correctional Facility and W.C.C.F.

2.    What did you claim in your grievance?

All of the claims raised in this suit directly plus indirectly!

3.    What was the result, if any?

Rejected as Beyond The Power OF ARP To Grant!

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

There is no appeal of such actions. I completed the grievance process.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

— Please See Attached Copies Of ARP's —

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   Chaz D. Pinkston #148934
    Defendant(s)   Management & Training Corporation, et al.

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    Southern District

3.  Docket or index number
    5:18-cv-00103-DCB-MTP

4.  Name of Judge assigned to your case
    David C. Bramellette and Micheal T. Parker

5.  Approximate date of filing lawsuit
    October 1st 2018

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition.   N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    I defeated Defendant's summary judgment and am awaiting a jury trial.

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    Chaz Pinkston
      Defendant(s)    Mississippi Department Of Corrections, et al.

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      Northern

3.    Docket or index number
      4:17-cv-00039-DMB-DAS

4.    Name of Judge assigned to your case
      Debra M. Brown and David A. Sanders

5.    Approximate date of filing lawsuit
      March 2017

6.    Is the case still pending?
      ☐ Yes
      ☑ No

      If no, give the approximate date of disposition    March 30th 2021.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      Judgment was entered in my favor

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _April 18th, 2021_

Signature of Plaintiff _Chaz Pinkston_

Printed Name of Plaintiff _Chaz Pinkston_

Prison Identification # _148934_

Prison Address _10641 HWY 80 West_

_Meridian_        _MS_    _39307_
City        State    Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City        State    Zip Code

Telephone Number _____

E-mail Address _____