**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

CHAZ PINKSTON                                                                    PLAINTIFF

V.                                                          NO.: 3:21-CV-00301 KHJ-MTP

MANAGEMENT AND TRAINING CORPORATION,
 et al.                                                                          DEFENDANTS

---

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

---

COMES NOW Defendant Dr. Robert Brodell ("Defendant") and moves the Court to allow Thomas Whitfield and the law firm of Whitfield Law Group, PLLC to withdraw as their counsel of record in the above-styled cause and to have Whitman Johnson III and Rebecca Cowan  of the law firm of Currie, Johnson & Myers, PA to be substituted as counsel of record, and in support of this motion would show unto the Court:

1.      Thomas E. Whitfield, Jr., and Whitfield Law Group, PLLC currently represent the Defendant in the above-styled and numbered cause.

2.      The Defendant has retained the law firm of Currie Johnson & Myers, PA as his counsel and approves the withdrawal of Thomas E. Whitfield, Jr. and Whitfield Law Group, PLLC.

3.      Thomas Whitfield has taken employment for the State of Mississippi as an Assistant District Attorney for the 10th Judicial District, and has closed the Whitfield Law Group.

4.      The requested withdrawal and substitution of counsel will cause no break in the representation of the Defendants in this action.

WHEREFORE, Dr. Robert Brodell respectfully requests that the Court grant this unopposed motion allowing Thomas E. Whitfield, Jr. and the Whitfield Law Group, PLLC to withdraw as

their counsel and allow Whitman Johnson III and Rebecca Cowan and their law firm of Currie Johnson and Myers, PA to substitute as their new counsel of record.

THIS, the 5th day of December, 2021.

Respectfully submitted,

DR. ROBERT BRODELL

/s/ Tommy Whitfield
TOMMY WHITFIELD (MSB 102482)
*Attorney for Defendants*

WHITFIELD LAW GROUP, PLLC
660 LAKELAND EAST, SUITE 200
FLOWOOD, MS 39232
601-863-8221
TOMMY@WHITFIELDLAW.ORG

## CERTIFICATE OF SERVICE

I, Tommy Whitfield, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

DATED: December 5, 2021.

/s/ Tommy Whitfield
TOMMY WHITFIELD (MB NO. 102482)